

**THE UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI
DAVID CREWS, CLERK**

| | | |
|---|---|---|
| 203 GILMORE DRIVE<br>AMORY, MS 38821<br>TELEPHONE: (662) 369-4952<br>FACSIMILE: (662) 369-9569 | 911 JACKSON AVENUE<br>SUITE 369<br>OXFORD, MS 38655<br>TELEPHONE: (662) 234-1971<br>FACSIMILE: (662) 236-5210 | 305 MAIN STREET<br>ROOM 329<br>GREENVILLE, MS 38701<br>TELEPHONE: (662) 234-1971 |

Frances Denise Alomari                                                                                              Plaintiff

v.                         Civil Action No.     **1:22-cv-176-GHD-RP (NEW NUMBER)**

United Furniture Industries, Inc.                                                                            Defendant

**PLEASE TAKE NOTICE** that the above styled and captioned cause has been **transferred from the Oxford Division to the Aberdeen Division.**

**Please use the civil action number 1:22-cv-00176-GHD-RP on all future documents.**

DAVID CREWS, CLERK

Date:   November 29, 2022